THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIV L/R 7.1(a)(1)(2),(3)
(Rule Number/Section)

U.S. District Court of Phoenix

FILED ___ LODGED ___
RECEIVED ___ COPY ___
FEB 13 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**Original Petition**

Case Number _____

CV'08 0286 PHX ECV

Elijah Muhammad (AKA)
Charles Muhammad, A.I.M.
Christine Onasis
Ineal Simpson, Stacey Dash
Mya, Tia, Tamyra Morow
**Plaintiff**

-VS- U.S. Department of Interior; Kirk Hawthorne
Martin King III   Dexter King
Yolanda King    Berniece King
Houston Texan's
Miami Dolphin's
Pittsburg Steelers
Ms. Abernathy
Jessie Jackson
John Louis, Andrew Young
Judge Hooks
New Orleans Saints

**Defendant**

Now comes Plaintiff Alleging That The Defendants violated the Following:

The Defendant violated The Fourth Amendment,

The Defendant violated the Fifth Amendment,

The Defendant violated the Sixth Amendment,

The Defendant violated the Eighth Amendment,

Elijah Muhammad Jr.

P.O. Box # 13382
Phoenix, Arizona, 85002
(832) 367-4619

Signature _Charles Ali_
Date  2-13-08